UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-CR-80051

UNITED STATES OF AMERICA,

v.

HAROLD JOHNSON,

    Defendant.
_____/



FILED BY ____ D.C.

MAR 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

### I. Background

The Defendant, HAROLD JOHNSON[1], appeared before the Court on March 18, 2019, for a status re final hearing on the Petition for Warrant or Summons for Offender under Supervision ("Petition") [DE 531]. Defendant then requested that the final hearing be held at the conclusion of the detention hearing and probable cause preliminary hearing. Defendant was originally convicted in the Southern District of Florida of conspiracy to possess with intent to distribute over fifty grams of cocaine base, in violation of 21 U.S.C. § 846, a Class A felony. On January 10, 2003, the Honorable Daniel T.K. Hurley, United States District Judge[2], sentenced Defendant to two hundred sixty-two (262) months in prison followed by five (5) years of supervised release. [DE 531]. On March 20, 2007, Defendant's sentence was reduced to two hundred sixteen (216) months in prison. *Id.* Defendant was also required to 1) participate in an approved treatment program; 2) maintain full time employment, and 3) submit to a search of his person or property. *Id.* Defendant's term of supervised release commenced on November 20, 2017. *Id.*

---

[1] At the March 18, 2019 hearing, Defendant represented to the Court that he had recently legally changed his name to Harold Wright.
[2] On December 21, 2018, the case was reassigned to the Honorable United States District Judge Jose E. Martinez. [DE 530].

1

Defendant is now charged, pursuant to a Petition for Offender under Supervision ("Petition") [DE 531], with the following supervised release violations:

1. **Violation of Mandatory Condition**, by refusing to submit to drug testing. On December 12, 2018, Defendant was instructed to submit to drug testing on December 13, 2018 and failed to do so.
2. **Violation of Mandatory Condition**, by failing to submit a truthful and complete written monthly report within the first five days of each month. Defendant has failed to submit written monthly reports for June, July, August, September, October, and November 2018.
3. **Violation of Standard Condition**, by failing to report to the probation officer as directed. On December 12, 2018, during a phone conversation, Defendant was instructed to report to the United States Probation Officer on December 13, 2018, and he failed to comply.
4. **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about November 2, 2018, Defendant moved from his approved residence of 1036 21st Street, West Palm Beach, Florida, 22407, and his whereabouts is unknown.

## II.   Summary of Hearing

On March 18, 2019, the Court held a contemporaneous detention hearing and probable cause hearing. The parties subsequently stipulated and agreed that the detention hearing/preliminary probable cause hearing would be adopted and applicable to the final hearing. At the hearing, the Court took judicial notice of the Petition [DE 531], the Presentence Investigation Report, and the Violation of Supervised Release and Request for Warrant Memorandum filed by United States Probation Officer Kevin Leonard. The Court considered evidence established by the Petition, the judicially noticed documents, the Government's proffer, defense counsel's proffer, and the testimony of United States Probation Officer Kevin Leonard. Based upon the record, the Court finds that the Government has proven violations 1 through 4 as alleged in the Petition [DE 531], by a preponderance of the evidence.

The record establishes that Defendant has failed to submit monthly reports, has refused to submit to drug testing, has failed to report to the probation office when ordered, and failed to notify

the probation office of his change in residence, as charged in the pending Petition [DE 531]. These violations were proven by a preponderance of the evidence.

### III. Recommendation

For the foregoing reasons, it is respectfully recommended that the Honorable United States District Judge Jose E. Martinez find that Defendant has violated the terms and conditions of supervised release as alleged in violations #1 through 4 of the pending Petition. [DE 531]. It is further recommended that the matter be scheduled for sentencing before the Honorable United States District Judge Jose E. Martinez.

A party shall file written objections, if any, to this Report and Recommendation with United States District Judge Jose E. Martinez within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to object to this Report and Recommendation within that time period waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. 11th Cir.R. 3-1.

**RECOMMENDED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 18th day of March, 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE