UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-80051-Cr-Martinez

UNITED STATES OF AMERICA,

v.

HAROLD JOHNSON,

      Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, HAROLD JOHNSON, appeared before the Court on June 1, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally convicted of conspiracy to possess with intent to distribute over 50 grams of cocaine, in violation of Title 21 U.S.C. § 846. Following this conviction, he was sentenced to two hundred sixty-two (262) months in prison and five (5) years of supervised release.

The Defendant began his term of supervised release on November 20, 2017. He presently stands charged with violating his supervised release by: (1) unlawfully possessing or using a controlled substance and (2) unlawfully possessing or using a controlled substance.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations 1 and 2, through counsel, stated his wish to proceed to sentencing as soon as possible.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1 and 2. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Jose E. Martinez

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Jose E. Martinez, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 2nd day of June 2022.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE