UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-80051-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HAROLD JOHNSON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON ADMISSIONS TO VIOLATION NUMBERS 1 AND 2

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Petition") [DE: 571] and Superseding Petition for Offender Under Supervision [DE: 573] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Bruce E. Reinhart on June 2, 2022 and a Report and Recommendation was filed, [DE: 579], recommending that the Defendant be found to have violated his supervised release as to Violation Numbers 1 and 2 as set forth in the Superseding Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 579] of United States Magistrate Judge Bruce E. Reinhart, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Number 1 and 2 as set forth in the Petition, charging him with **Violation of Standard Conditions**, as proffered on the record during the hearing by the Government.

Sentencing in this matter will be set on **Monday, August 29, 2022 at 2:00 p.m.** at the United States Courthouse, Courtroom 4074, 101 South U.S. Highway One, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of June, 2022.

```
                          JOSE E. MARTINEZ
                          UNITED STATES DISTRICT JUDGE
```

cc:
Hon. Magistrate Bruce E. Reinhart
All Counsel of Record
U.S. Probation Office